UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN SCHURKO,<br><br>Defendant | Criminal No.  22cr10051<br><br>Violation:<br><br>Count One: Robbery<br>(18 U.S.C. § 1951)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Robbery
(18 U.S.C. § 1951)

The Grand Jury charges:

On or about December 12, 2021, in Malden, in the District of Massachusetts, the defendant,

JOHN SCHURKO,

did obstruct, delay and affect, and attempt to obstruct delay and affect, in any way and degree, commerce and the movement of any article and commodity in commerce, by robbery, as that term is defined in Title 18, United States Code, section 1951; that is, by unlawfully taking and obtaining personal property from the person and in the presence of another, against the person's will, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the  person.

All in violation of Title 18, United States Code, Section 1951.

1

ROBBERY FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1951, set forth in Count One, the defendant,

JOHN SCHURKO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

    a. Money Judgment Amount of $1,390.00, to be entered in the form of a forfeiture money judgment; and

    b. $1,610.00 in United States currency.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Jacia Piccolomini*
FOREPERSON


*Robert E. Richardson*
ROBERT E. RICHARDSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 3, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira - Signed at 1:40pm
DEPUTY CLERK