⚲JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City**  __Malden__ ⊞          **Related Case Information:**

**County** __Middlesex__ ⊞          Superseding Ind./ Inf. _____  Case No. _____
                          Same Defendant _____  New Defendant _____
                          Magistrate Judge Case Number __21-mj-6767-MPK__
                          Search Warrant Case Number __21-mj-6774-MPK;22-mj-6025__
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Schurko__          Juvenile:     ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address     (City & State) __Medford, MA__

Birth date (Yr only): __1965__  SSN (last4#): __1486__  Sex __M__     Race: __White__     Nationality: __U.S.__

**Defense Counsel if known:**     __Mark D. Smith__          Address __Laredo & Smith, LLP__

**Bar Number** _____          __101 Federal Street, Suite 650__
                          __Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA**  __Robert E. Richardson__          Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☑ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested     ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** __12/15/2021__

☑ Already in Federal Custody as of     __12/15/2021__     in  __custody of U.S. Marshal__ .
☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  __03/03/2022__ ⊞          Signature of AUSA: _Robert E. Richardson_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    John Schurko _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1951 | Robbery | 1 |
| Set 2 | 18 USC 981(a)(1)(C) | Forfeiture | -- |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013