UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 22CR10051-RWZ |
| ) | |
| JOHN SCHURKO ) | |

**EMERGENCY MOTION FOR COMPASSIONATE TEMPORARY RELEASE**

Now comes, John Schurko, the defendant in the above-captioned case and requests this Honorable Court allow him to leave his place of confinement (Plymouth County Correctional Facility) temporarily for the sole purpose of attending the wake of his late brother Neil E. Schurko.

The defendant's brother passed on March 11, 2022. His wake will be held at **4 p.m. on Friday, March 18, 2022**, at the Dello Russo Funeral Home, 306 Main St., Medford, MA 02155. A copy of the Obituary is attached hereto as Exhibit A.

Mr. Schurko is currently incarcerated at the Plymouth County Correctional Facility. If Mr. Schurko's temporary release is allowed and so ordered by this Court, Mr. Schurko's girlfriend, Barbara Aylward (D.O.B. available upon request), will assume transportation and third-party custodial responsibility for Mr. Schurko. Ms. Aylward will assume such responsibility on that specific date (March 18, 2022) by calling for the defendant either at the Plymouth County Correctional Facility at **2. p.m.**, or at the office of the U.S. Marshal for Massachusetts, Moakley Courthouse, Boston, Massachusetts, at **3 p.m.**, whichever is more acceptable to the Court. In either case, the defendant will be taken directly to the Dello Russo

Funeral Home to pay his respects and promptly returned into custody at his pickup location at no later than **5 p.m.** that same day.

WHEREFORE, John Schurko respectfully requests that he be temporarily released to attend the funeral

JOHN SCHURKO
By his attorney,

*/s/ Mark D. Smith*
Mark D. Smith BBO# 542676
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02210
Tel: 617-443-1100
smith@laredosmith.com

Date: March 15, 2022

### CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those identified as non-registered participants.

*/s/ Mark D. Smith*
Mark D. Smith

4893-7140-3798, v. 1