3-21-22

JUDGE P M KELLEY

FILED
IN CLERKS OFFICE

FIRST OFF THIS VERBEAM IS NOT A LETTER
BADGERING YOUR HONOR, BUT THE FACTS OF MYSELF AND
THE GOVERMENT SEEING MY ATTORNEY DOES NOT WANT TO
ADDRESS MY CONCERNS I DID HAVE A CRIMES OF VIOLENCE
MANY YES ASO, I PAYED MY DEPT TO SOCIETY A LONG
DEPT. NOW THESE ARE THE FACTS NOT COULD BES OR MIGHT BE
JOOKS LIKE. THE FBI IS LYING THEY HAD TO SEARCH TO FIND
ME THEY KNEW WHERE I WAS DUE TO ANOTHER AGENT COMING
TO SAID HOTEL ON DEC 8TH SUPPOSED CRIME HAPPENED ON
DEC 12TH THEY SAY BUT COME TO ME ON THE 15TH AT
1PM TAKE ME TO FBI OFFICES IN CHELSEA MASS NO MIRANDA
DIDN'T EVEN PRINT OR PICTURE ME THEY HELD ME TIL AFTER 4PM
TILL YOUR COURT WAS CLOSED, I ASKED FOR A LAWYER RIGHT
AWAY JESSICA THRALL WAS THE LAWYER OF THE DAY ON THE 15TH AN
16TH OF DEC 2021 THEY NEVER GAVE ME A CALL TO CALL OR MADE
THE CALL FOR ME I HEARD THEM SAY WE CAN'T MOVE HIM TIL AFTER
4PM, IT STATES IF ARRESTED ON A CRIME IN THE DISTRICT OF
SAID CRIME ONE IS TO BE BROUGHT TO THE MAGISTRATE IF ONE
IS NOT AVAILABLE I'M TO BE BROUGHT TO THE NEAREST COURT
HOUSE THERE WAS 2 SOMERVILLE AND MEDFORD THEY DID WHAT
THEY WANTED DISREGUARDING MY DUE PROCESS RIGHTS WERE STEPPED
ALL OVER AND THEY CONTINUE TO BE, SINCE MY RELEASE OF MY
LAST SENTENCE OF 15 YRS 8 MONTHS 3YRS SUPERVISED RELEASE I
FINISHED IT ALL NOT 1 INFRACTION NOT 1 BUT I'M STILL PERSECUTED
AS ITS STILL 2003 SO MUCH FOR PAYING OUR DEPT I HAD 4
PO'S IN 3 YRS ALL THEY CARED ABOUT WAS A CLEAN URINE

ITS Been over 3 months AND No Discovery 2 extentions
on The government MR Richardson Asks For 28 more days
For A medical Reason well I To HAD prostrate Surgery To
Be Done But it Dont matter For me why is His medical
more important THAN mine? Ive now lost my Brother
I Told The Attorney if not given the ok To go myself THAN
AN ESCORTED Trip By The MARSHALS on Plymouth sherliffs Dept
He was my older Brother I Do not get Any of The proper
MEDS Im supposed To Be on For my well Documented Conditions
with my DRS AND USPO's office, My mom is 81 yrs old
s)He'll Be in THAT Building Alone I Dont want To lose my
mom while sitting on These Frivolous Charge my mom Found
my Brother I Ask To HAVE A FAIR opportunity To Face
THESE CHARGE Im not Running or Hiding I look Forward To
Clearing my name MS Thrall Represents me in Front of
Your Honor THEN 2 weeks later She's off my case, the same
office Represents me From 2014 Till 2018 Appointed By
Honorable Judge Wolf No conflict THEN if it is now
it was THEN AND now Im Asking For Your Honor To put
MS Thrall BACK on my case Charlie Maginty was my old
Awyer From The same Public Defenders office Im also
Asking For A Hearing on which I can Speak AND I ASK To
Be Brought into Court From there on out I would like
A Hearing Before The Status Hearing To Address my Concerns I
CANT Afford To wait my conditions Are real not made
Up I Have 19 yrs of progress Being Flushed Down The Toilet The
lawyer goes Home I Dont Please give me the chance Ive
Earned I CANT even speak To A catholic priest Because They
Dont Have one Here

I CANT grieve in a place THAT Does NOT give A
DAMN IM ASKing For A speedy TRial Also

3-21-22

THANK you RespectFully
JOHN W SCHURKO

John Sdu