UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN SCHURKO )<br>) | Docket No. 22CR10051-RWZ |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned court-appointed counsel in the above captioned case moves to withdraw as counsel for the Defendant. As grounds therefor, counsel states that despite his best efforts, there has been an irretrievable breakdown in the relationship between counsel and the Defendant.

Accordingly, counsel requests that his motion be granted, and new counsel be appointed to represent the Defendant.

JOHN SCHURKO
By his attorney,

*/s/ Mark D. Smith*
Mark D. Smith BBO# 542676
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02210
Tel: 617-443-1100
smith@laredosmith.com

Date: March 31, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those identified as non-registered participants.

                                            /s/ *Mark D. Smith*
                                            Mark D. Smith

4859-1691-8809, v. 1